IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARRETT TURNER CHAPPELEAR,<br><br>Defendant. | 8:22CR5<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

The defendant appeared before the Court on August 17, 2022 regarding Petition for Action on Conditions of Pretrial Release [30]. Thomas Monaghan represented the defendant. Martin Conboy represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release condition (k). The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Wednesday, August 24, 2022 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated this 17th day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge