**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | **8:22CR5** | |
| | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **JARRETT TURNER CHAPPELEAR,** | ) | **ORDER** | |
| | ) | | |
| **Defendant.** | ) | | |

     This matter is before the court on the Unopposed Motion to Continue Trial [49]. Counsel needs additional time to conduct plea negotiations.  Accordingly,

     **IT IS ORDERED** that the Unopposed Motion to Continue Trial [49] is granted, as follows:

1.  The jury trial now set for January 30, 2023, is continued to **April 3, 2023.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 3, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  January 27, 2023.**

                      **BY THE COURT:**

                      **s/ Michael D. Nelson
United States Magistrate Judge**