IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | **8:22CR5** |
| vs. | ) | |
| **JARRETT TURNER CHAPPELEAR,** | ) | **ORDER** |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [53]. Counsel needs additional time to conclude plea negotiations and complete plea paperwork for submission to the court in order to schedule a change of plea hearing. **The court finds good cause for one final continuance**. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [53] is granted, as follows:

1. The jury trial now set for April 24, 2023, is continued to **May 30, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 30, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without requesting a hearing before the undersigned magistrate judge.**

**DATED: April 13, 2023.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**