IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR5 |
| | ) | |
| vs. | ) | |
| | ) | |
| JARRETT TURNER CHAPPELEAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came before the court for hearing on the Motion to Continue Trial [55]. Marty Conboy appeared in person on behalf of the government. The defendant appeared in person. Thomas Monahan appeared telephonically on behalf of the defendant. The parties represented that a plea agreement was proposed and signed by the defendant, along with a petition to enter a guilty plea. The defendant stated that he wishes to move forward with the plea agreement and requested a change of plea hearing; his counsel represented that the plea paperwork would be presented to chambers of Chief Judge Rossiter by June 1, 2023. The government does not object to a continuance. Under these circumstances, the court finds good case to grant the motion to continue. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [55] is granted, as follows:

1. The jury trial now set for May 30, 2023, is continued to **July 3, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 3, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without requesting a hearing before the undersigned magistrate judge.**

**DATED:** May 26, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**